

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 08 CR   0 0 4 3 7 LJO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| THANONGSACK PHUANGKEO, | CRIMINAL PROCEDURE |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 11, 2008, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2 - Possession With Intent To Distribute N-benzylpiperazine and Aiding and Abetting and other charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants

1  issued pursuant thereto, except when necessary for the issuance
2  and execution of the warrants.
3  DATED: December 11, 2008                Respectfully submitted,
4                                          McGREGOR W. SCOTT
                                           United States Attorney
5                                          By  /s/ Karen Escobar
6                                          KAREN A. ESCOBAR
                                           Assistant U.S. Attorney
7
8  ORDERED as prayed this  11th  day of December, 2008.
9                                          /s/ SM SNYDER
10                                         U.S. Magistrate Judge