FILED

DEC 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    1:08-CR-00437 LJO
                                 )
12              Plaintiff,       )
          v.                     )    ORDER TO INDICTMENT AND ARREST
13                               )    WARRANT
    THANONGSACK PHUANGKEO,       )
14                               )
              Defendant.         )
15                               )
    _____)
16

17       The United States of America has applied to this Court for an

18  Order permitting it to unseal the Indictment and Arrest Warrant

19  in the above-captioned matter.  Upon consideration of the

20  application and the entire record herein,

21       IT IS HEREBY ORDERED that the Indictment and Arrest Warrant

22  in the above-entitled proceeding shall be unsealed.

23  DATED: December 16, 2008

24                              _____
                                GARY S. AUSTIN
25                              U.S. Magistrate Judge

26

27

28