IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00437 LJO |
| Plaintiff, | ORDER REQUESTING DEFENDANT RESPOND |
| vs. | |
| THANONGSACK PHUANGKEO | |
| Defendant. | |

The Court has received and reviewed the Governments motion for a conflict of interest inquiry pursuant to Quintero v. U.S 337.3d 1133 (9th Cir. 1994). The court requests that the defendant and defense counsel BOTH file an ex parte sealed, confidential affidavits to address the Government's motion, so that the Court may conduct an <u>in camera</u> review before the date set for 2/6/2009 hearing.

IT IS SO ORDERED.

Dated: <u>January 12, 2009</u>           /s/ LAWRENCE J. O'NEILL
                                          United States District
                                          Judge Lawrence J. O'Neill