```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000

 5

 6

 7

 8          IN THE UNITED STATES DISTRICT COURT FOR THE

 9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   1:08-cr-0437 LJO
                                   )
12              Plaintiff,         )
                                   )
13        v.                       )   ORDER
                                   )
14  THANNONGSACK PHUANGKEO,        )
       aka Xi Andy Lieng, Jr.,     )
15     aka Andy Xi Lieng, Jr.,     )
                                   )
16                                 )
                Defendant.         )
17  _____)

18
```

19     Having read and considered the parties' stipulation to
20 vacate the current status conference date of April 24, 2009, and
21 reset the matter for further status conference,
22     IT IS THE ORDER of the Court that the status conference date
23 of April 24, 2009, is hereby vacated and the matter is reset for
24 a further status conference on Friday, May 8, 2009, at 9:00 a.m.
25     The Court further finds that the ends of justice served by
26 granting the requested continuance outweigh the best interests of
27 the public and the defendant in a speedy trial, in that the
28 failure to grant the continuance would deny the parties an

1

opportunity to potentially obtain a meaningful resolution of this matter.

The time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:　April 20, 2009**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE